IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR445 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| THOMAS R. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On March 16, 2006, a hearing was held on a Petition for Action on Conditions of Pretrial Release (#31). Assistant Federal Public Defender Julie Hansen represented the defendant. Assistant United States Attorney Michael Wellman represented the government.

The court finds that the Order Setting Conditions of Release (#12) should be revoked because the defendant is unlikely to abide by conditions of release. The court further finds that there is no condition or combinations of conditions that would reasonably assure the defendant's presence for further proceedings, or the safety of the community if the defendant were to be released upon conditions.

**IT IS ORDERED:**

1. The Petition for Action on Conditions of Pretrial Release (#31) is granted;
2. The Order Setting Conditions of Release (#12) is hereby revoked; and
3. Defendant is committed to the custody of the United States Marshal pending sentencing.

Dated this 16th day of March, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge